■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES L. McCOOEY, Appellant.—Appeal unanimously dismissed *(see, People v Seaberg,* 74 NY2d 1). (Appeal from judgment of Supreme Court, Erie County, Kubiniec, J.—crimi-

nal possession of a weapon, second degree.) Present—Callahan, J. P., Denman, Pine, Balio and Davis, JJ.